■ ROSE MAROTTA, Respondent, v JACK INFRANCA et al., Appellants.— Judgment of the Supreme Court, Queens County, entered May 15, 1975, affirmed, with one bill of costs jointly against appellants appearing separately and filing separate briefs. We hold that the verdict was not against the weight of the evidence and that the apportionment of liability, as

between defendants, was proper under the evidence. Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.